# UNITED STATES COURT OF APPEALS
## For the First Circuit
―――――――――――――

### No. 22-1316

JUAN CARLOS MELENDEZ-SERRANO,

Petitioner – Appellant,

v.

EDUARDO J. RIVERA-JUANATEY, Warden; DOMINGO EMANUELLI
HERNANDEZ, Attorney General of the Commonwealth of Puerto Rico,

Respondents – Appellees

---

## MOTION IN COMPLIANCE WITH ORDER

---

**TO THE HONORABLE COURT:**

**COME NOW** Respondents-Appellees, Eduardo J. Rivera-Juanatey, and
Domingo Emanuelli-Hernández, in their official capacities, through the undersigned
counsel, and most respectfully state and pray as follows:

1.     On March 8, 2023, this Honorable Court ordered Respondents-
Appellees to show cause by March 22, 2023, as to why the district court's judgment
should not be summarily vacated and the case remanded for further proceedings.
After a timely motion for extension of time, this Honorable Court granted until April
3, 2023, for Respondents-Appellees to appear and show cause.

2. In short, Petitioner-Appellant is seeking a certificate of appealability to the dismissal of a writ of *habeas corpus* for failure to prosecute. It appears that a clerical error as to the Petitioner-Appellant's address resulted in him not receiving several notices from the district court.

3. On October 25, 2016, the Department of Correction and Rehabilitation of Puerto Rico ("DCR"), issued a notice outlining the correct addresses for the Bayamón Correctional Institution. To wit, the correct addresses for the Bayamón Correctional Institution are:

- For Bayamón 501: 50 Carr. Unit #607073, Industrial Luchetti, Bayamón, Puerto Rico 00961-7403;

- For Bayamón 308/448, Bayamón 705, and the Bayamón Women's Rehabilitation Complex: 50 Carr. Unit #307-607073, Industrial Luchetti, Bayamón, Puerto Rico 00961-7403;

- For Bayamón 1072: 50 Carr. Unit #075-607073, Industrial Luchetti, Bayamón, Puerto Rico 00961-7403; and

- For Bayamón 292: 50 Carr. Unit #700-607073, Industrial Luchetti, Bayamón, Puerto Rico 00961-7403.

4. According to records of the DCR, Petitioner-Appellant came to Bayamón 501 on June 11, 2019, from Bayamón 705. On January 28, 2022, he was transferred to Guayama 500. On February 24, 2022, he returned to Bayamón 501 where he has remained. Thus, on all dates relevant to the question at hand, Petitioner-Appellant was in Bayamón 501.

5.     In his original application for *habeas corpus*, Petitioner-Appellant listed his address as "Instituto Correccional de Bayamón 501, Módulo 1C, Bayamón, Puerto Rico 00960." This address does not conform to the applicable addresses set forth by the DCR.

6.     It is the petitioner's responsibility to provide the proper addresses where he could be served notice of motions and orders. Petitioner-Appellant in this case provided an incorrect address in his petition and failed to offer any information or amendment that would correct the address and allow for proper service to be made. In light of this, it is respectfully averred that summary vacatur of the district court's dismissal is not warranted.

**WHEREFORE**, the appearing Respondents-Appellees respectfully request that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of April, 2023.

**WE HEREBY CERTIFY:** that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses of record.

[SIGNATURE PAGE FOLLOWS]

*s/Francisco J. González-Magaz*
**FRANCISCO J. GONZÁLEZ-MAGAZ**
USCA. No. 111101
1519 PONCE DE LEON
FIRST FEDERAL SUITE 805
SAN JUAN, P.R. 00909
Tel.: (787) 504-5880
gonzalezmagaz@gmail.com